684

165 So. 923

## Cecil SHAW v. STATE.
### 4 Div. 228.

Court of Appeals of Alabama.
Jan. 14, 1936.

BRICKEN, Presiding Judge.
Affirmed.

175 So. 923

## George SHEPARD v. STATE.
### 7 Div. 294.

Court of Appeals of Alabama.
June 8, 1937.
Rehearing Stricken June 29, 1937.

W. T. Starnes, of Pell City, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

On rehearing.

PER CURIAM.
Application dismissed. Supreme Court rule 38.

164 So. 925

## Jimmie Lee SHEPPARD v. STATE.
### 2 Div. 572.

Court of Appeals of Alabama.
Nov. 5, 1935.

Pitts & Pitts, of Selma, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

167 So. 924

## Huey SHERRILL v. STATE.
### 8 Div. 354.

Court of Appeals of Alabama.
March 24, 1936.

SAMFORD, Judge.
Affirmed.

171 So. 925

## Ed SHORT v. STATE.
### 6 Div. 11.

Court of Appeals of Alabama.
Dec. 15, 1936.

SAMFORD, Judge.
Appeal dismissed.

175 So. 923

## Willis SHROPSHIRE v. STATE.
### 7 Div. 307.

Court of Appeals of Alabama.
June 8, 1937.

SAMFORD, Judge.
Affirmed.

175 So. 923

## Charlie SIMMONS v. STATE.
### 7 Div. 274.

Court of Appeals of Alabama.
June 8, 1937.

SAMFORD, Judge.
Appeal dismissed.